AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

**FILED**
June 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CR_____
DEPUTY

CONSUELO A. HUERECA
Plaintiffs,

V.

WALMART INC.,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-23-CV-0064 AM/JAC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

ORDERED that the claims against the Defendant Walmart Inc. are DISMISSED WITH PREJUDICE.

June 17, 2025
Date

Philip J. Devlin
Clerk



*(By) Deputy Clerk*